PRUDENCE REALIZATION CORPORATION, Appellant, *v.* GEORGE J. ATWELL, et al., Respondents.

Argued December 10, 1942; decided March 4, 1943.

*Irving L. Schanzer* and *Albert J. Baruth* for appellant.

*Harold H. Corbin, Mark F. Hughes* and *Alfred J. Callahan* for respondents.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J.